# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY L. DRYDEN,
                    Appellant,
            vs.
JAMES P. KAIKIS; STEPHANIE L.
MUSSER; AND NEVADA SYSTEM OF
HIGHER EDUCATION,
                    Respondents.

No. 70784

**FILED**

FEB 0 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order dismissing appellant's complaint for failure to serve it within 120 days. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

On December 27, 2016, this court entered an order directing appellant to file the opening brief or informal brief for pro se parties within 15 days. We cautioned appellant that failure to timely comply with our order would result in dismissal of this appeal. To date, appellant has failed to file the opening brief or informal brief for pro se parties. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-04618

cc: Hon. Jennifer P. Togliatti, District Judge
Jeffrey L. Dryden
James P. Kaikis
Stephanie L. Musser
Nevada System of Higher Education
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A